**Order entered December 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01552-CV

## IN THE INTEREST OF C.G., III AND T.B., CHILDREN

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-1115-W-304th**

## ORDER

Before the Court is appellant T.B.'s December 24, 2013 motion to substitute counsel and for an extension of time to file a brief. We **GRANT** the motion to substitute counsel. We **DIRECT** the Clerk of this Court to substitute Dean Swanda as counsel for appellant, T.B., in the place of Marilynn S. Mayse.

We **GRANT** appellant's motion for an extension of time to file a brief to the extent that appellant shall file his brief on or before **January 20, 2014**.

/s/    ELIZABETH LANG-MIERS
        JUSTICE